Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

California Wine Transport, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

77-0045831

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 930 McLaughlin Ave. | |
| Number    Street | Number       Street |
| | P.O. Box |
| San Jose          CA    95122 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Santa Clara County | 905 McLaughlin Ave. |
| County | Number       Street |
| | San Jose          CA    95122 |
| | City                State    ZIP Code |

**5. Debtor's website** (URL)

http://www.californiawinetransport.com/

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

Case: 23-51067   Doc# 1   Filed: 09/19/23   Entered: 09/19/23 15:28:45   Page 1 of 62

**7. Describe debtor's business**

**A.** *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

**B.** *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4931

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.

| Debtor _____ | Relationship _____ |
| District _____ | When _____ MM / DD / YYYY |
| Case number, if known _____ | |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 2 of 62

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  Customer inventory requires refrigeration
         _____

**Where is the property?**  930 McLaughlin Ave.
                           _____
                           Number        Street

_____

San Jose                                   CA       95122
_____      _____  _____
City                                       State    ZIP Code

**Is the property insured?**

☑ No

☐ Yes. Insurance agency _____

        Contact name  _____

        Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Case: 23-51067   Doc# 1   Filed: 09/19/23   Entered: 09/19/23 15:28:45   Page 3 of 62

| Debtor | California Wine Transport, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/18/2023
            MM / DD / YYYY

✖ /s/ John Snetsinger                          John Snetsinger
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Brian Irion                          Date  09/18/2023
Signature of attorney for debtor                   MM / DD / YYYY

Brian Irion
Printed name

Law Offices of Brian Irion
Firm name

611 Veterans Blvd. 209
Number      Street

Redwood City                               CA          94063
City                                       State       ZIP Code

6503632600                                 birion@thedesq.com
Contact phone                              Email address

119865                                     CA
Bar number                                 State

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 4 of 62

Debtor _____  Case number (*if known*)_____
First Name    Middle Name    Last Name

## **Continuation Sheet for Official Form 201**

**4) Debtor's Addresses**

**Location Of Assets**                    **660-A Airpark Rd.   Napa, CA 94558,
                                          Napa County**

**Location Of Assets**                    **3910 Seaport Blvd.   West Sacramento,
                                          CA 95691, Sacramento County**

## RESOLUTION OF BOARD OF DIRECTORS OF CALIFORNIA WINE TRANSPORT, INC., A CALIFORNIA CORPORATION

RESOLVED, that in view of the financial condition of California Wine Transport, Inc., a California Corporation (the "Company"), the Board of Directors of Company hereby authorizes, empowers, and directs its officers, or any of them, on behalf of the Company, to file a voluntary petition under chapter 11 of the United States Bankruptcy Code and convert from one Chapter to another in the event such action is deemed necessary and appropriate;

RESOLVED FURTHER, that the Company is authorized, empowered and directed to retain the law firm of Law Offices of Brian Irion as counsel to the Company in connection therewith and to enter into an agreement for services in connection therewith and hereby ratifies the existing agreement; and

RESOLVED FURTHER that the officers of the Company are authorized, directed and empowered to take all actions and execute all documents necessary to carry out and perform the purposes of the foregoing resolutions.

Dated: 9/6/23

**Board of Directors**

**Shareholders**

## SECRETARY'S CERTIFICATE OF RESOLUTION OF BANKRUPTCY FILING

The undersigned, being the Secretary of the Company described above, hereby certifies:

I am the Secretary of the above Company;

Above is a true and correct copy of the resolution adopted by the Board of Directors of said Company on the above-referenced date, and said resolution has not been rescinded and is in full force and effect.

Dated: 9/6/23

Name: Joell Snetsinger
Secretary

Fill in this information to identify the case:

Debtor name _____California Wine Transport, Inc._____

United States Bankruptcy Court for the: _____Northern District of California_____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................... $ _____0.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................. $ _____1,337,383.00_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................... $ _____1,337,383.00_____

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............ $ _____0.00_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................. $ _____0.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................ +$ _____2,784,875.01_____

4. **Total liabilities**...................................................................... $ _____2,784,875.01_____
   Lines 2 + 3a + 3b

Official Form 206Sum                    Summary of Assets and Liabilities for Non-Individuals                    page 1

Debtor name _____California Wine Transport, Inc._____

United States Bankruptcy Court for the: __Northern District of California__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wise Villa Wines 4200 Wise Rd. Lincoln, CA, 95648 | | lawsuit | | | | 1,731,767.00 |
| 2 | Atkinson, Andelson, Loya, Ruud & Romo 12800 Center Court Drive Ste. 300 Cerritos, CA, 90703 | David Kahn | legal services in Wise Villa Lawsuit | | | | 383,003.00 |
| 3 | Chauvel & Glatt 66 Bovet Rd. 280 San Mateo, CA, 94402 | April Glatt 650.881.2476 | Defense counsel in Wise Villa Lawsuit | | | | 368,522.50 |
| 4 | John and Joell Snetsinger 930 McLaughlin Ave. San Jose, CA, 95122 | | Loan to Company | | | | 226,993.00 |
| 5 | Juno Commercial Real Estate 401 Watt Ave. Ste 200 Sacramento, CA, 95864 | | CAM charges Napa warehouse (landlord) | | | | 18,857.00 |
| 6 | Veritex PO Box 71303 Chicago, IL, 60694-1303 | | Services | | | | 11,330.22 |
| 7 | Applied Sensory, LLC 5055 Business Center Drive 108 Fairfield, CA, 94534 | | Services | | | | 10,715.00 |
| 8 | Golden Gate Weather Services PO Box 3373 San Francisco, CA, 94109 | | Services | | | | 7,358.11 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | HK Trans Services LLC 8689 Bowers Ave. South Gate, CA, 90280 | | Services | | | | 4,780.00 |
| 10 | AVELAR 590 Ygnacio Valley Rd. Ste. 200 Walnut Creek, CA, 94596 | | Services | | | | 4,157.00 |
| 11 | Renew Packaging Solutions 11385 Sunrise Park Dr. Ste. 100 Rancho Cordova, CA, 95742 | | Services | | | | 2,244.48 |
| 12 | Napa Valley Petroleum, Inc. PO Box 2670 Napa, CA, 94558-0528 | | Suppliers or Vendors | | | | 1,970.85 |
| 13 | Foxridge Wine Consulting PO Box 683 Geyserville, CA, 95441 | | Services | | | | 1,912.00 |
| 14 | Dicar Networks PO Box 1653 Morgan Hill, CA, 95038 | | Services | | | | 1,272.34 |
| 15 | Coastal Products PO Box 190 Vineburg, CA, 95487 | | Suppliers or Vendors | | | | 1,056.55 |
| 16 | Yellow Freight (YRC) PO Box 100129 Pasadena, CA, 91189 | | Services | | | | 1,003.00 |
| 17 | North Coast Logistics 1129 Industrial #104 Petaluma, CA, 94952 | | Services | | | | 952.00 |
| 18 | Ace Heating and Cooling, Inc. 4020 Alvis Ct. Rocklin, CA, 95677 | | Services | | | | 885.00 |
| 19 | Cogent Solutions Oakland Packaging PO Box 889435 Los Angeles, CA, 90088-9435 | | Suppliers or Vendors | | | | 716.00 |
| 20 | Republic Services 1601 Dixon Landing. Rd. Milpitas, CA, 95035 | | Utility Services | | | | 714.17 |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**      $ 200.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Wells Fargo Payroll Checking | Checking | 2  1  1  0 | $ 5,380.00 |
| 3.2. | See continuation sheet | | | $ 47,223.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ |
| --- | --- | --- |
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**      $ 52,803.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | Security Deposit 905 McLaughlin - landlord | $ 44,036.00 |
| --- | --- | --- |
| 7.2. | See continuation sheet | $ 155,661.00 |

Case: 23-51067   Doc# 1   Filed: 09/19/23   Entered: 09/19/23 15:28:45   Page 10 of 62

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 199,697.00

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 865,951.00 face amount | – 5,000.00 doubtful or uncollectible accounts | = ......➔ | $ 860,951.00 |
| 11b. Over 90 days old: | 41,332.00 face amount | – 35,000.00 doubtful or uncollectible accounts | = ......➔ | $ 6,332.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 867,283.00

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 12 of 62

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** metal and wood office desks (approx 15) metal file cabinets (approx 20) | $_____ | _____ | $ 0.00 |
| 40. **Office fixtures** metal racks, cabinets | $_____ | _____ | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** various desk computers (approx 10), dot matrix and inkjet/laser jet printers (approx 6) | $_____ | _____ | $ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2010 Hundai trailer VIN3H3V482C6AT196002 | $_____ | _____ | $ 500.00 |
| 47.2 1996 Great Dane trailer VIN 1GRAA9629TB202302 | $_____ | _____ | $ 500.00 |
| 47.3 2005 TMO Trailer VIN2MN01JAH751009487 | $_____ | _____ | $ 500.00 |
| 47.4 See continuation sheet | $ 0.00 | _____ | $ 42,500.00 |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 0.00 | _____ | $ 173,600.00 |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

$ 217,600.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | California Wine Transport, Inc. | Case number (if known) |
|--------|-------------------------------|------------------------|
| | Name | |

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 930 McLaughlin Ave. Santa Clara, CA 95122 | leasehold | | | $_____ 0.00 |
| 55.2 905 McLaughlin Ave. Santa Clara, CA 95122 | leasehold | $_____ | _____ | $_____ 0.00 |
| 55.3 See continuation sheet | | $_____ 0.00 | _____ | $_____ 0.00 |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** http://www.californiawinetransport.com/ | $_____ | _____ | $_____ Unknown |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** list of winery and distributer customers for whom debtor stores wine | $_____ | _____ | $_____ Unknown |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $_____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜   $_____
             Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____               $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____               $_____

Nature of claim        _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____               $_____

Nature of claim        _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____               $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____               $_____

_____               $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | California Wine Transport, Inc. | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 52,803.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 199,697.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 867,283.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 217,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,337,383.00 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................ 1,337,383.00 | | $ 1,337,383.00 |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| Wells Fargo COD Business Checking | Checking | 9625 |

Balance: 847.00

| | | |
|---|---|---|
| Wells Fargo Bank Checking — main | Checking | 0240 |

Balance: 46,376.00

**7) Deposits, including security deposits and utility deposits**

| | |
|---|---|
| Security Deposit 903 McLaughlin — landlord | $78,810.00 |
| Security Deposit 3910 Seaport, Sacramento — landlord | $8,064.00 |
| Security Deposit 660 Airpark, Napa — landlord | $50,000.00 |
| Pitney Bowes Deposit for Usage —Pitney Bowes, Boston MA | $1,000.00 |
| Remainder of $40,000 initial deposit to attorney for debtor | $17,787.00 |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | |
|---|---|
| 1987 Alloy Trailer VIN 1AlSP6180HS871572 | 500.00 |
| 2018 Ford XL E350 (8DLL164) | 18,000.00 |
| 2017 Hino (476E06) | 24,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---|
| 14 non-electric pallet jacks | 1,400.00 |
| 2002 Komatsu FG25ST forklift | 7,000.00 |
| 2015 Nissan forklift CF50LP | 15,000.00 |
| 2018 Nissan forklift FG25C | 20,000.00 |
| 2002 TCM elec forklift | 2,000.00 |

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| **2017 Unicarrier CF50 forklift** | **18,000.00** |
| **2005 Nissan forklift CL50L)** | **10,000.00** |
| **2015 Unicarrier CF50LP forklift** | **15,000.00** |
| **2016 Unicarrier CF 50 forklift** | **16,000.00** |
| **2017 Unicarrier CF50 forklift** | **18,000.00** |
| **2016 Unicarrier CF50 forklift** | **16,000.00** |
| **2018 Unicarrier CF 50 forklift** | **20,000.00** |
| **2003 Komatsu FG25ST-12 forklift** | **7,000.00** |
| **22 2-wheeled Handcarts** | **1,100.00** |
| **7 electric pallet    0.00 jacks** | **7,100.00** |

**55) Real property**

| | |
|---|---|
| **660-A Airpark Rd. Napa, CA 94558** | **0.00** |
| **leasehold** | |
| **3910 Seaport Blvd. West Sacramento, CA 95691** | **0.00** |
| **leasehold** | |

□ Check if this is an
amended filing

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | California Wine Transport, Inc. |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number (If known): | |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ■ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   □ **Yes.** Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

$ _____    $ _____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
□ No
□ Yes

Date debt was incurred

Is anyone else liable on this claim?
□ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
□ No
□ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$ _____    $ _____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
□ No
□ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
□ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
□ No
□ Yes. Have you already specified the relative priority?
   □ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

   □ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 0

**Fill in this information to identify the case:**

Debtor    California Wine Transport, Inc.

United States Bankruptcy Court for the:   Northern District of California

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left.** If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

    **As of the petition filing date, the claim is:**   $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

_____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

    **As of the petition filing date, the claim is:**   $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

_____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

    **As of the petition filing date, the claim is:**   $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

_____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Ace Heating and Cooling, Inc.
4020 Alvis Ct.
Rocklin, CA, 95677

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 885.00

**Date or dates debt was incurred** 09/01/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Allied Propane Service, Inc.
1700 N. First Street
Dixon, CA, 95620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 108.98

**Date or dates debt was incurred** 09/01/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
American Express (Joell)
PO Box 981535
El Paso, TX, 79998

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Date or dates debt was incurred** 09/01/2023
**Last 4 digits of account number** 1001

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Applied Sensory, LLC
5055 Business Center Drive
108
Fairfield, CA, 94534

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,715.00

**Date or dates debt was incurred** 07/01/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive
Ste. 300
Cerritos, CA, 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** legal services in Wise Villa Lawsuit

$ 383,003.00

**Date or dates debt was incurred** 06/01/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Avalon Custodial Care
PO Box 1464
Fair Oaks, CA, 95628

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 273.00

**Date or dates debt was incurred** 09/01/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** Nonpriority creditor's name and mailing address

AVELAR
590 Ygnacio Valley Rd.
Ste. 200
Walnut Creek, CA, 94596

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,157.00

Date or dates debt was incurred    08/01/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Bay Mobile Truck Wash
535 Sinclair Dr.
San Jose, CA, 95116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 280.00

Date or dates debt was incurred    09/01/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Chauvel & Glatt
66 Bovet Rd.
280
San Mateo, CA, 94402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Defense counsel in Wise Villa Lawsuit

$ 368,522.50

Date or dates debt was incurred    05/01/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

City of West Sacramento
1110 West Capitol Ave.
West Sacramento, CA, 95691

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ Unknown

Date or dates debt was incurred    09/01/2023

Last 4 digits of account number    54755

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Coastal Products
PO Box 190
Vineburg, CA, 95487

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,056.55

Date or dates debt was incurred    09/01/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.12** Nonpriority creditor's name and mailing address

Cogent Solutions Oakland Packaging
PO Box 889435
Los Angeles, CA, 90088-9435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 08/01/2023 |
| --- | --- |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 716.00

---

**3.13** Nonpriority creditor's name and mailing address

Dassel's
31 Wright Rd.
Hollister, CA, 95023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 09/01/2023 |
| --- | --- |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 296.28

---

**3.14** Nonpriority creditor's name and mailing address

Dicar Networks
PO Box 1653
Morgan Hill, CA, 95038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

| Date or dates debt was incurred | 09/01/2023 |
| --- | --- |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,272.34

---

**3.15** Nonpriority creditor's name and mailing address

Foxridge Wine Consulting
PO Box 683
Geyserville, CA, 95441

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

| Date or dates debt was incurred | 07/01/2023 |
| --- | --- |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,912.00

---

**3.16** Nonpriority creditor's name and mailing address

Gavrilov & Brooks
2315 Capitol Ave.
Sacramento, CA, 95816

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

| Date or dates debt was incurred | 08/07/2023 |
| --- | --- |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17  Nonpriority creditor's name and mailing address**

GLS US
PO Box 31990
Stockton, CA, 95213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 613.05

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.18  Nonpriority creditor's name and mailing address**

Golden Gate Weather Services
PO Box 3373
San Francisco, CA, 94109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,358.11

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.19  Nonpriority creditor's name and mailing address**

HK Trans Services LLC
8689 Bowers Ave.
South Gate, CA, 90280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,780.00

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  08/01/2023

Last 4 digits of account number  _____

---

**3.20  Nonpriority creditor's name and mailing address**

John and Joell Snetsinger
930 McLaughlin Ave.
San Jose, CA, 95122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226,993.00

Basis for the claim:  Loan to Company

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  04/12/2023

Last 4 digits of account number  _____

---

**3.21  Nonpriority creditor's name and mailing address**

Juno Commercial Real Estate
401 Watt Ave.
Ste 200
Sacramento, CA, 95864

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,857.00

Basis for the claim:  CAM charges Napa warehouse (landlord)

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  01/01/2023

Last 4 digits of account number  _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

M.T. Tire Service
3141 Stevens Creek Blvd.
Ste 365
San Jose, CA, 95117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 567.87

---

**3.23 Nonpriority creditor's name and mailing address**

Mike's Customized Detailing
PO Box 3895
Paso Robles, CA, 93447

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85.00

---

**3.24 Nonpriority creditor's name and mailing address**

Napa Count Recycling & Waste Services, Inc.
PO Box 239
Napa, CA, 94559

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

Date or dates debt was incurred 09/01/2023

Last 4 digits of account number 13-0030246 9

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 679.57

---

**3.25 Nonpriority creditor's name and mailing address**

Napa Valley Petroleum, Inc.
PO Box 2670
Napa, CA, 94558-0528

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred 08/01/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,970.85

---

**3.26 Nonpriority creditor's name and mailing address**

North Coast Logistics
1129 Industrial
#104
Petaluma, CA, 94952

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred 07/01/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 952.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Pacific Gas & Elerctric
PO Box 997300
Sacramento, CA, 95899

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ Unknown

Date or dates debt was incurred    09/01/2023

Last 4 digits of account number    3962864859-2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Pacific Gas & Electric
PO Box 997300
Sacramento, CA, 95899

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred    09/01/2023

Last 4 digits of account number    4721986496-5

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Pacific Gas & Electric
PO Box 997300
Sacramento, CA, 95899

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ Unknown

Date or dates debt was incurred    09/01/2023

Last 4 digits of account number    993991975-0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Renew Packaging Solutions
11385 Sunrise Park Dr.
Ste. 100
Rancho Cordova, CA, 95742

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,244.48

Date or dates debt was incurred    09/01/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Republic Services
1601 Dixon Landing. Rd.
Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 714.17

Date or dates debt was incurred    09/01/2023

Last 4 digits of account number    3-0915-5192331

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | California Wine Transport, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32**   Nonpriority creditor's name and mailing address

San Miguel Transportation, Inc.
PO Box 2651
Rohnert Park, CA, 94927

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ Unknown

| Date or dates debt was incurred | 09/18/2023 |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33**   Nonpriority creditor's name and mailing address

Security & Asset Mgmt, DBA Sonitrol
1334 Blue Oaks Blvd.
Roseville, CA, 95678-7014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 389.79

| Date or dates debt was incurred | 08/01/2023 |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.34**   Nonpriority creditor's name and mailing address

Superior Bldg. Services
1070 Horizon Dr.
Ste. 1
Fairfield, CA, 94533

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 495.00

| Date or dates debt was incurred | 08/01/2023 |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.35**   Nonpriority creditor's name and mailing address

Toyota Material Handling
6999 S. Front Rd.
Livermore, CA, 94551-8221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 392.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36**   Nonpriority creditor's name and mailing address

Valley Heating and Cooling
1171 N. Fourth Street
San Jose, CA, 95112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 195.00

| Date or dates debt was incurred | 09/01/2023 |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
✓ No
☐ Yes

| Debtor | California Wine Transport, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37  Nonpriority creditor's name and mailing address

Verifolia, Inc.
910 D Street
Ste. 150148
San Rafael, CA, 94901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 100.00

| Date or dates debt was incurred | 07/01/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** 38  Nonpriority creditor's name and mailing address

Veritex
PO Box 71303
Chicago, IL, 60694-1303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 11,330.22

| Date or dates debt was incurred | 04/01/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** 39  Nonpriority creditor's name and mailing address

Verizon
PO Box 489
Newark, NJ, 07101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ Unknown

| Date or dates debt was incurred | 09/01/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 872522294-00001 | ☑ No  ☐ Yes |

**3.** 40  Nonpriority creditor's name and mailing address

Vinvision Trucking
11425 Commerical Parkway
Castroville, CA, 95012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 190.25

| Date or dates debt was incurred | 08/01/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** 41  Nonpriority creditor's name and mailing address

Wells Fargo SBL (Dan)
PO box 29482
Phoenix, AZ, 85038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

| Date or dates debt was incurred | 09/01/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 5180 | ☑ No  ☐ Yes |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.42** Nonpriority creditor's name and mailing address

Wells Fargo SBL (Joell)
PO Box 29482
Phoenix, AZ, 85038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

| | |
|---|---|
| Date or dates debt was incurred | 09/01/2023 |
| Last 4 digits of account number | 8360 |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43** Nonpriority creditor's name and mailing address

Wells Fargo SBL (John)
PO Box 29482
Phoenix, AZ, 85038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

| | |
|---|---|
| Date or dates debt was incurred | 09/01/2023 |
| Last 4 digits of account number | 4558 |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address

Wells Fargo SBL (Scott)
PO Box 29482
Phoenix, AZ, 85038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

| | |
|---|---|
| Date or dates debt was incurred | 09/01/2023 |
| Last 4 digits of account number | 3962 |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45** Nonpriority creditor's name and mailing address

Wise Villa Wines
4200 Wise Rd.
Lincoln, CA, 95648

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** lawsuit

$ 1,731,767.00

| | |
|---|---|
| Date or dates debt was incurred | 09/11/2023 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46** Nonpriority creditor's name and mailing address

Yellow Freight (YRC)
PO Box 100129
Pasadena, CA, 91189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,003.00

| | |
|---|---|
| Date or dates debt was incurred | 02/01/2023 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,784,875.01 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,784,875.01 |

**Fill in this information to identify the case:**

Debtor name ___California Wine Transport, Inc.___

United States Bankruptcy Court for the: ___Northern District of California___

Case number (If known): _____ Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | ADP Security Agreement Napa warehouse Purchaser | ADT Commercial 1501 Yamato Rd. Boca Raton, FL, 33431 |
| | State the term remaining | 18 mos | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Janitorial Service Sacramento Purchaser | Avalon Custodial Care PO Box 1464 Fair Oaks, CA, 95628 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Sacramento warehouse sprinkler systems Purchaser | Johnson Controls 4128 North Freeway Blvd. Sacramento, CA, 95834 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Sacramento Security System Purchaser | Sonitrol of Sacramento 3325 Myrtle Ave. North Highlands, CA, 95660 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Sublease of 905 McLaughlin, San Jose Lessor | US Foods, Inc. 9399 W. Higgins Rd. Ste. 108 Rosemont, IL, 60018 |
| | State the term remaining | 18 months | |
| | List the contract number of any government contract | | |

| Debtor | California Wine Transport, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Umbrella Insurance Policy 88288K221ALI Purchaser<br><br>**State the term remaining** 3 months<br><br>**List the contract number o any government contract** | StarStone Natl Insurance Co<br>185 Hudson St.<br>Ste 2600<br>Jersey City, NJ, 07311 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Umbrella Auto Policy DOX5300242-00<br><br>**State the term remaining** 3 months<br><br>**List the contract number of any government contract** | North Amer. Cap. Ins. Co.<br>1200 Main Street<br>Ste. 800<br>Kansas City, MO, 64105 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Auto Insurance (23) 56 42 31 46<br><br>**State the term remaining** 3 months<br><br>**List the contract number of any government contract** | Ohio Casualty Ins. Co.<br>175 Berkeley St.<br>Boston, MA, 02116 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Gen'l Liability Ins. (23) 56 42 31 46 Purchaser<br><br>**State the term remaining** 3 n=months<br><br>**List the contract number of any government contract** | West American Insurance Co.<br>2710 Gateway Oaks Dr.<br>Ste. 150N<br>Sacramento, CA, 95833 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Workers' Comp. Ins. FLA018683-01<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Falls Lake Fire & Casualty Co.<br>6131 Falls of Neuse Rd.<br>Ste. 306<br>Raleigh, NC, 27609 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Pitney Bowes Postage Meter (Sacramento) 0011257150 Lease<br><br>**State the term remaining** 49 months<br><br>**List the contract number of any government contract** | Pitney Bowes<br>PO Box 981022<br>Boston, MA, 02298 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Postage Meter San Jose, Napa 0011044289<br><br>**State the term remaining** 33 months<br><br>**List the contract number of any government contract** | Pitney Bowes<br>PO Box 981022<br>Boston, MA, 02298 |

Case: 23-51067   Doc# 1   Filed: 09/19/23   Entered: 09/19/23 15:28:45   Page 33 of 62

| Debtor | California Wine Transport, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>State the term remaining<br><br>List the contract number o any government contract | SJ Copier Lease (Konica)<br>ZZZS0F449/Equip. 131547<br>Lessee | Caltronics Business Systems<br>10491 Old Placerville Rd.<br>Ste. 150<br>Sacramento, CA, 95827 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>State the term remaining<br><br>List the contract number of any government contract | Napa Copier<br>Bizhubc250i B2B-363263<br>Lessee<br><br>52 Months | Konica Minolta Bus. Solutions U.S.A., Inc.<br>100 Williams Dr.<br>Ramsey, NJ, 07446 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>State the term remaining<br><br>List the contract number of any government contract | 4 overhead vans lease<br>Sch. 18168-C001<br>Master Lease#: 1816821004<br><br>19 months | Premier Trailer Leasing<br>5201 Tennyson Pkwy.<br>Ste. 250<br>Plano, TX, 75024 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>State the term remaining<br><br>List the contract number of any government contract | Hino338 Truck Lease<br>Penske #145256<br>Lessee | Penske Truck Leasing Co., Inc.<br>PO Box 7429<br>Pasadeno, CA, 91110 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>State the term remaining<br><br>List the contract number of any government contract | 2016 Hino 268 truck Lease<br>Penske # 150984<br>Lessee | Penske Truck Leasing<br>PO Box 7429<br>Pasadena, CA, 91110 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>State the term remaining<br><br>List the contract number of any government contract | Hino 338 Truck Lease<br>Penske # 159823<br>Lessee | Penske Truck Leasing<br>PO Box 7429<br>Pasadena, CA, 91110 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>State the term remaining<br><br>List the contract number of any government contract | 2018 Hino 338 Truck Lease<br>Lic 89288k2<br>Lessee | Penske Truck Leasing<br>PO Box 7429<br>Pasadena, CA, 91110 |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                page 3 of 6

| Debtor | California Wine Transport, Inc. | Case number (if known) |
|--------|-------------------------------|------------------------|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|-----------------------------------------|--------------------------------------------------------------------------------------------------------------------------|

**2.20**
State what the contract or lease is for and the nature of the debtor's interest

HINO 338 SADC Morgan Truck Lease
Penske # 249158
Lessee

Penske Truck Leasing
PO Box 7429
Pasadena, CA, 91110

State the term remaining    21 months

List the contract number o any government contract

**2.21**
State what the contract or lease is for and the nature of the debtor's interest

REFRIGERATED Hyundai 48X13.Sx102 trailer lease
Penske #289787

Penske Truck Leasing
PO Box 7429
Pasadena, CA, 91110

State the term remaining    25 months

List the contract number of any government contract

**2.22**
State what the contract or lease is for and the nature of the debtor's interest

2020 Freightliner New Cascadia 126 6x4 Grp 2 Penske #337416
Lessee

Penske Truck Leasing
PO Box 7429
Pasadena, CA, 91110

State the term remaining    29 months

List the contract number of any government contract

**2.23**
State what the contract or lease is for and the nature of the debtor's interest

2020 INTERNATIONAL RH 613 TADCNB Day Cab
Penske # 360617
Lessee

Penske Truck Leasing
PO Box 7429
Pasadena, CA, 91110

State the term remaining    32 months

List the contract number of any government contract

**2.24**
State what the contract or lease is for and the nature of the debtor's interest

2021 International MV 607 truck
Penske Unit 371356
Lessee

Penske Truck Leasing
PO Box 7429
Pasadena, CA, 91110

State the term remaining    48 months

List the contract number of any government contract

**2.25**
State what the contract or lease is for and the nature of the debtor's interest

2021 International MV 607 SADC Refrigerated Truck Penske #371359

Penske Truck Leasing
PO Box 7429
Pasadena, CA, 91110

State the term remaining    48 months

List the contract number of any government contract

**2.26**
State what the contract or lease is for and the nature of the debtor's interest

2021 Penske International MV 607 SADC refrigerated truck
Penske No. 371357
Lessee

Penske Truck Leasing
PO Box 7429
Pasadena, CA, 91110

State the term remaining    48 months

List the contract number of any government contract

Case: 23-51067   Doc# 1   Filed: 09/19/23   Entered: 09/19/23 15:28:45   Page 35 of 62

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number o any government contract | 2019 Freightliner New Cascadia 126 6x4 Grp 2 Truck Lease Lic. 9F89998 Penske 326782 Lessee<br><br>15 months | Penske Truck Leasing PO Box 7429<br><br>Pasadena, CA, 91110 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2019 Freightliner New Cascadia 126 6x4 Penske no. 212512 Lessee | Penske Truck Leasing PO box 7429 Pasadena, CA, 91110 |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2021 International MV 607 SADC refrigerated truck Penske # 371360 Lessee<br><br>55 months | Penske Truck Leasing PO Box 7429 Pasadena, CA, 91110 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2021 Ford Transit 250 Van LD Penske # 392638 Lessee<br><br>20 months | Penske Truck Leasing PO Box 7429 Pasadena, CA, 91110 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | purchase and maintenance of IBM server Agreement d3312-3e Agent<br><br>6 months | DLB Systems Associates 400 Mountain Springs Rd. Santa Cruz, CA, 95060 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of 905 McLaughlin, San Jose, CA Lessee<br><br>18 months | LBA/PPF Industrial PO Box 102819<br><br>Pasadena, CA, 91189 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of 930 McLaughlin Ave. San Jose Lessee<br><br>21 months | Prologis PO Box 198267<br><br>Atlanta, GA, 30384 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Lease of 660-690 Airport Rd., Napa Lessee | Carlsen Investments, LLC 401 Watt Ave. Ste. 200 Sacramento, CA, 95864 |
| | State the term remaining | 75 months | |
| | List the contract number o any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Processing company Agent | Elavon, Inc. 7300 Chapman Highway Knoxville, TN, 37920 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Freightliner Cascadia 113 Penske # 203267 Lessee | Penske Truck Leasing PO Box 7429 Pasadena, CA, 91110 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | 2021 International MV 607 SADC refrigerated truck Penske no. 371358 Lessee | Penske Truck Leasing PO Box 7429 Pasadena, CA, 91110 |
| | State the term remaining | 55 months | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | 2020 ISUZU FTR SADT DRYVAN MORGAN Penske Unit 360618 Lessee | Penske Truck Leasing PO Box 7429 Pasadena, CA, 91110 |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Lease 3910-20 Seaport Blvd. Sacramento Lessee | Schnitzer PO Box 5000#95 Portland, OR, 92708 |
| | State the term remaining | 39 months | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Sacramento Copier Lease (Ricoh MP3055)  Agmt 1641312 | Buckmaster Office Solutions 1801 Tribute Rd. Sacramento, CA, 95815 |
| | State the term remaining | 29 months | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __California Wine Transport, Inc.__

United States Bankruptcy Court for the: __Northern District of California__

Case number (If known): _____

❑ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1*: **Codebtor** | | *Column 2*: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name ___California Wine Transport, Inc.___

United States Bankruptcy Court for the: ___Northern District of California___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u><br>MM / DD / YYYY | to   Filing date | ☑ Operating a business<br>☐ Other | $ _____7,096,348.73 |
| **For prior year:** | From <u>01/01/2022</u><br>MM / DD / YYYY | to <u>12/31/2022</u><br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _____10,498,801.00 |
| **For the year before that:** | From <u>01/01/2021</u><br>MM / DD / YYYY | to <u>12/31/2021</u><br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _____10,079,771.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to   Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

Case: 23-51067     Doc# 1     Filed: 09/19/23     Entered: 09/19/23 15:28:45     Page 39 of 62

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | John and Joell Snetsinger<br>Creditor's name<br>930 McLaughlin Ave.<br>San Jose, CA 95122 | 08/21/2023<br>08/03/2023<br>07/17/2023<br>06/26/2023<br>06/06/2023<br>05/09/2023 | $ 28,024.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _Other_ |
| 3.2. | Atkinson, Andelson, Loya, Ruud & Romo<br>Creditor's name<br>12800 Center Court Drive<br>Ste. 300<br>Cerritos, CA 90703 | | $ 50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _Other_ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | John and Joell Snetsinger<br>Insider's name<br>930 McLaughlin Ave.<br>San Jose, CA 95122 | _____<br>_____<br>_____ | $ 28,024.00 | partial repayment of a $250,000 loan to the company to fund legal fees |
| | **Relationship to debtor**<br>shareholder, director, employee | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 40 of 62

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Wise Villa Winery, LLC v. California Wine Transport, Inc. | Customer sued debtor claiming breach of contract and negligence | Sacramento County Superior Court<br><br>720 9th Street<br>Sacramento, CA 95814 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>34-2021-00293469 | | | |
| 7.2. **Case title**<br>_____ | | **Court or agency's name and address**<br>_____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 41 of 62

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 2012 Ford E350 Van accident (salvage value provided) | 8,607.30 | 05/2023 | $7,925.53 |

Case: 23-51067     Doc# 1     Filed: 09/19/23     Entered: 09/19/23 15:28:45     Page 42 of 62

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Law Offices of Brian Irion | initial deposit for bankruptcy counseling, scenarios, options and bankruptcy petition preparation, and for future services | 09/2023 | $ 40,000.00 |
| **Address** | | | |
| 611 Veterans Blvd. Ste. 209 Redwood City, CA 94063 | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | _____ | $_____ |
| **Address** | | | |
| | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 43 of 62

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 44 of 62

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 45 of 62

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 46 of 62

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| various customers (wineries) <br> Name | Warehouses of Debtor | Wine being held/stored for customers | $ Unknown |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 47 of 62

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 48 of 62

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Joell Snetsinger <br> Name <br> 930 McLaughlin Ave., San Jose CA 95112 | From 01/01/1984 <br> To 09/15/2023 |
| 26a.2.   <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   John Schermer, CPA <br> Name <br> 1754 Technology Dr. Ste. 140, San Jose, CA 95110 | From 01/01/2017 <br> To 09/15/2023 |
| 26b.2.   <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Joell Snetsinger <br> Name <br> 930 McLaughlin Ave. San Jose, CA 95112 | |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 49 of 62

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   T.J. O'Doan<br>        Name<br>        PCT Logistics, Inc., 6005 Capistrano Ave. Ste. D, Atascadero, CA 93423 |

| Name and address |
|---|
| 26d.2.   East Bay Surety Bonds Insurance<br>        Name<br>        1524A Wendy Dr., Pleasant Hill, CA 94523 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>       Name |

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 50 of 62

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. 
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Snetsinger | 930 McLaughlin Ave., San Jose, CA 95122 | officer, director, shareholder | 35 |
| Joell Snetsinger | 930 McLaughlin Ave., San Jose, CA 95122 | officer, director, shareholder | 32.5 |
| John Snetsinger | 930 McLaughlin Ave., San Jose, CA 95122 | officer, director, shareholder | 32.5 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. John Snetsinger<br>Name<br>930 McLaughlin Ave.<br>San Jose, CA 95122 | 246,975.00 | _____ | salary paid September 2022-2023 (on regular payroll) |

Relationship to debtor
officer, director, shareholder, employee

| | Name and address of recipient | 215,230.00 | _____ | salary payment (regular payroll) Sept 2022-Sept 2023 |
|---|---|---|---|---|
| 30.2 | Joell Snetsinger | | _____ | |
| | Name | | | |
| | 930 McLaughlin Ave. | | _____ | |
| | San Jose, CA 95122 | | | |
| | | | _____ | |
| | | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | officer director, shareholder, employee | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/18/2023
               _____
               MM / DD / YYYY

✖ /s/ John Snetsinger
  _____        Printed name    John Snetsinger
  Signature of individual signing on behalf of the debtor                       _____

  Position or relationship to debtor    President
                                        _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Case: 23-51067    Doc# 1    Filed: 09/19/23    Entered: 09/19/23 15:28:45    Page 52 of 62

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

**Chauvel & Glatt, 66         $75,000.00                        Other**
**Bovet Rd. 280, San Mateo,**
** CA 94402**


**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Dan Snetsinger**

**930 McLaughlin Ave.**
**San Jose, CA 95122**

**Amount of money or description: $171,875.00**

**Dates:  - ,  - ,  -**

**Reason: salary paid Sept 2022-2023 (regular payroll)**

**---**

**Fill in this information to identify the case and this filing:**

Debtor Name ___California Wine Transport, Inc.___

United States Bankruptcy Court for the: ___Northern District of California___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___09/18/2023___     ✖ /s/ John Snetsinger
　　　　　　　MM / DD / YYYY          _____
　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　John Snetsinger
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　President
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Case: 23-51067　　Doc# 1　　Filed: 09/19/23　　Entered: 09/19/23 15:28:45　　Page 54 of 62

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

No.:

In re: California Wine Transport, Inc.

_____ Debtor(s)/

**STATEMENT PURSUANT TO RULE 2016(B)**

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

   a) For legal services rendered or to be rendered in contemplation of ~~and in connection with~~ this case.......................................................................................................$20,475

   b) Prior to the filing of this statement, debtor(s) have paid………………......$20,475

   c) The unpaid balance due and payable is.......................................................$0

3. $1,738 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:

   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code. Advise debtor regarding possible reorganization plans and practices required to implement same.

   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

   c) Representation of the debtor(s) at the meeting of creditors. Services to be charged at normal hourly rate of $450 subject to approval of post-petition employment.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated: <u>Total of $40,000 deposit, less filing fee and prepetition fees of $20,475</u>

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: September 19, 2023

Respectfully submitted,

  /s/ Brian Irion
Attorney for Debtor:

United States Bankruptcy Court

Northern District of California

In re: California Wine Transport, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____09/18/2023_____

/s/ John Snetsinger
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

Ace Heating and Cooling, Inc.
4020 Alvis Ct.
Rocklin, CA 95677

ADT Commercial
1501 Yamato Rd.
Boca Raton, FL 33431

Allied Propane Service, Inc.
1700 N. First Street
Dixon, CA 95620

American Express (Joell)
PO Box 981535
El Paso, TX 79998

Applied Sensory, LLC
5055 Business Center Drive
108
Fairfield, CA 94534

Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive
Ste. 300
Cerritos, CA 90703

Avalon Custodial Care
PO Box 1464
Fair Oaks, CA 95628

AVELAR
590 Ygnacio Valley Rd.
Ste. 200
Walnut Creek, CA 94596

Bay Mobile Truck Wash
535 Sinclair Dr.
San Jose, CA 95116

Buckmaster Office Solutions
1801 Tribute Rd.
Sacramento, CA 95815

Caltronics Business Systems
10491 Old Placerville Rd.
Ste. 150
Sacramento, CA 95827

Carlsen Investments, LLC
401 Watt Ave.
Ste. 200
Sacramento, CA 95864

Chauvel & Glatt
66 Bovet Rd.
280
San Mateo, CA 94402

City of West Sacramento
1110 West Capitol Ave.
West Sacramento, CA 95691

Coastal Products
PO Box 190
Vineburg, CA 95487

Cogent Solutions Oakland Packaging
PO Box 889435
Los Angeles, CA 90088-9435

Daniel Snetsinger
930 McLaughlin Ave.
San Jose
CA 95122

Dassel's
31 Wright Rd.
Hollister, CA 95023

Dicar Networks
PO Box 1653
Morgan Hill, CA 95038

DLB Systems Associates
400 Mountain Springs Rd.
Santa Cruz, CA 95060

Elavon, Inc.
7300 Chapman Highway
Knoxville, TN 37920

Falls Lake Fire & Casualty Co.
6131 Falls of Neuse Rd.
Ste. 306
Raleigh, NC 27609

Foxridge Wine Consulting
PO Box 683
Geyserville, CA 95441

Gavrilov & Brooks
2315 Capitol Ave.
Sacramento, CA 95816

GLS US
PO Box 31990
Stockton, CA 95213

Golden Gate Weather Services
PO Box 3373
San Francisco, CA 94109

HK Trans Services LLC
8689 Bowers Ave.
South Gate, CA 90280

Joell Snetsinger
930 McLaughlin Ave.
San Jose
CA 95122

John and Joell Snetsinger
930 McLaughlin Ave.
San Jose, CA 95122

John Snetsinger
930 McLaughlin Ave.
San Jose
CA 95122

Johnson Controls
4128 North Freeway Blvd.
Sacramento, CA 95834

Juno Commercial Real Estate
401 Watt Ave.
Ste 200
Sacramento, CA 95864

Konica Minolta Bus. Solutions U.S.A., Inc.
100 Williams Dr.
Ramsey, NJ 07446

LBA/PPF Industrial
PO Box 102819
Pasadena, CA 91189

M.T. Tire Service
3141 Stevens Creek Blvd.
Ste 365
San Jose, CA 95117

Mike's Customized Detailing
PO Box 3895
Paso Robles, CA 93447

Napa Count Recycling & Waste Services, Inc.
PO Box 239
Napa, CA 94559

Napa Valley Petroleum, Inc.
PO Box 2670
Napa, CA 94558-0528

North Amer. Cap. Ins. Co.
1200 Main Street
Ste. 800
Kansas City, MO 64105

North Coast Logistics
1129 Industrial
Petaluma, CA 94952

Ohio Casualty Ins. Co.
175 Berkeley St.
Boston, MA 02116

Pacific Gas & Elecrtic
PO Box 997300
Sacramento, CA 95899

Pacific Gas & Electric
PO Box 997300
Sacramento, CA 95899

Penske Truck Leasing
PO Box 7429
Pasadena, CA 91110

Penske Truck Leasing
PO box 7429
Pasadena, CA 91110

Penske Truck Leasing Co., Inc.
PO Box 7429
Pasadeno, CA 91110

Pitney Bowes
PO Box 981022
Boston, MA 02298

Premier Trailer Leasing
5201 Tennyson Pkwy.
Ste. 250
Plano, TX 75024

Prologis
PO Box 198267
Atlanta, GA 30384

Renew Packaging Solutions
11385 Sunrise Park Dr.
Ste. 100
Rancho Cordova, CA 95742

Republic Services
1601 Dixon Landing. Rd.
Milpitas, CA 95035

Sacramento County Superior Court (case 34-202
720 9th Street
Sacramento, CA 95814

San Miguel Transportation, Inc.
PO Box 2651
Rohnert Park, CA 94927

Schnitzer
PO Box 5000#95
Portland, OR 92708

Security & Asset Mgmt, DBA Sonitrol
1334 Blue Oaks Blvd.
Roseville, CA 95678-7014

Sonitrol of Sacramento
3325 Myrtle Ave.
North Highlands, CA 95660

StarStone Natl Insurance Co
185 Hudson St.
Ste 2600
Jersey City, NJ 07311

Superior Bldg. Services
1070 Horizon Dr.
Ste. 1
Fairfield, CA 94533

Toyota Material Handling
6999 S. Front Rd.
Livermore, CA 94551-8221

US Foods, Inc.
9399 W. Higgins Rd.
Ste. 108
Rosemont, IL 60018

Valley Heating and Cooling
1171 N. Fourth Street
San Jose, CA 95112

Verifolia, Inc.
910 D Street
Ste. 150148
San Rafael, CA 94901

Veritex
PO Box 71303
Chicago, IL 60694-1303

Verizon
PO Box 489
Newark, NJ 07101

Vinvision Trucking
11425 Commerical Parkway
Castroville, CA 95012

Wells Fargo SBL (Dan)
PO box 29482
Phoenix, AZ 85038

Wells Fargo SBL (Joell)
PO Box 29482
Phoenix, AZ 85038

Wells Fargo SBL (John)
PO Box 29482
Phoenix, AZ 85038

Wells Fargo SBL (Scott)
PO Box 29482
Phoenix, AZ 85038

West American Insurance Co.
2710 Gateway Oaks Dr.
Ste. 150N
Sacramento, CA 95833

Wise Villa Winery, LLC
4200 Wise Rd.
Lincoln, CA 95648

Wise Villa Wines
4200 Wise Rd.
Lincoln, CA 95648


Yellow Freight (YRC)
PO Box 100129
Pasadena, CA 91189

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

California Wine Transport, Inc.

_____ Chapter   11 _____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Daniel Snetsinger 930 McLaughlin Ave., San Jose, CA 95122 | 35 | Common stockholder |
| Joell Snetsinger 930 McLaughlin Ave., San Jose, CA 95122 | 32.5 | Common stockholder |
| John Snetsinger 930 McLaughlin Ave., San Jose, CA 95122 | 32.5 | Common stockholder |